IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01595–EWN–BNB

MARY FRANCES CASTANEDA,

    Plaintiff,

v.

EAST OTERO SCHOOL DISTRICT R-1,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Defendant's "Unopposed Motion to Amend Reply Brief" (Document 49) filed July 18, 2005 is GRANTED.

Dated: July 19, 2005