IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      04-CV-1595-BNB-EWN

MARY FRANCES CASTANEDA,
Plaintiff,

v.

EAST OTERO SCHOOL DISTRICT R-1,
Defendant.

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the Stipulated Motion for Dismissal With Prejudice filed by the Parties, and the Court being fully advised in the premises,

ORDERS, that the Stipulated Motion for Dismissal With Prejudice is hereby granted and this matter is dismissed with prejudice and further orders that each party is to bear its own costs and attorney's fees.

DATED at Denver, Colorado this 23rd day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge